File

Notice of

Premature

Appeal

Last

FILED
2022 AUG 22  AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

CHAPTER 11
CASE NO. 20-10343 (css)

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC
DEBTOR'S

VS. ███████████

FILED 2022 AUG 22 AM 8:59 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

NOTIFICATION OF PREMATURE NOTICE OF APPEAL OF FILED 7-29-22 OPINION

NOW COMES THE PLAINTIFF CLAIMANT #███████ NOTIFYING THE HONORABLE COURT THAT PREMATURE NOTIFICATION OF DELAYED APPEAL TO THE FEDERAL DISTRICT COURT AND NOTICE OF APPEAL OF RIGHT ON ALL OPINION'S 7-29-22 ERRORS AND ISSUE'S

DATE 8-5-22 ▮

▮ BEING FIRST DULY SWORN STATES THAT HE READ THE FOREGOING NOTIFICATION OF APPEAL(?) BY his SUBSCRIBED AND THAT he KNOW THE CONTENTS IS TRUE STATED TO BE UPON INFORMATION AND BELIEF AND AS TO THOSE MATTERS HE BELIEVES TO BE TRUE

▮

SWORN AND SUBSCRIBED BEFORE ME This 5 DAY OF August 20 22

[Notary seal: TAMMY K RISINGER, NOTARY PUBLIC, STATE OF OHIO, COMM. EXP. JUNE 3, 2025]

NOTARY PUBLIC
RICHLAND COUNTY, STATE OF OHIO

MY COMMISSION EXPIRES:
June 3, 2025



CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 8-5-22 UPON JESSICA C. LAURIA AT 1221 AVENUE OF THE AMERICA NEW YORK, NEW YORK 10020 AND LAURA E. BACCASH AT 111 SOUTH WACKER DRIVE CHICAGO ILLINOIS 60606 AND PAIGE N. TOPPER AT 1201 NORTH MARKET STREET 16TH FL. WILMINGTON, DELAWARE 19899-1347

PRO SE
CLAIMANT



U.S. BAnkRuptcy CouR
824 NoRth MARkEt ST. 6
WilMingTon, DElAWARE 19


