U.S. DISTRICT COURT
DISTRICT OF DELAWARE
(WILMINGTON)

FILED
SEP 19 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D.W.
   APPELLANT

CASE No
1:22-CV-01121

v.

BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC
   APPELLEE

MOTION FOR ORDER
TO HAVE CLERK OF COURT
DESIGNATE RECORD FROM
BANKRUPTCY COURT

NOW COMES APPELLANT D.W. WHO RESPECTFULLY MOVE THIS HONORABLE COURT TO ORDER CLERK OF COURT TO DESIGNATE CORDINANCE WITH BANKRUPTCY U.S. COURT WILMINGTON, DE AND OBTAIN BANKRUPTCY RECORD FOR DESTINATION THAT'S AVAILABLE TO BE TRANSMITTED FOR DOCKET HEREIN

CONCLUSION

APPELLANT D.W. REQUEST A ORDER FOR U.S. BANKRUPTCY COURT RECORD BE PUT ON COURT DOCKET HEREIN BY THIS CLERK OF COURT THAT'S AVAILABLE ELECTRONICALLY FROM U.S. BANKRUPTCY COURT



RESPECTFULLY SUBMITTED

D[REDACTED] W[REDACTED]
P.O. Box 8107
Mansfield, Ohio 44901

CERTIFICATE OF SERVICE

I the undersign certify that a copy of the foregoing instrument was mailed 9-12-22 upon Derek C. Abbott at 1201 North Market Street Wilmington, DE 19899

D[REDACTED] W[REDACTED]
PRO SE

DATE 9-12-22

②

P.O. BOX 8107

MANSFIELD, OHIO 44901

Inmate Correspond RICI

FILED
SEP 19 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
[ X-RAY ]

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET UNIT 18
WILMINGTON, DELAWARE