

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
(WILMINGTON)

D.W
APPELLANT

CASE NO.
1:22-CV-01121

V.

BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC
APPELLEE

MOTION TO STAY
EXECUTION OF JUDGMENT
CONFIRMATION ORDER AND AFFIRMATION

Now comes APPELLANT D.W. who RESPECTFULLY MOVES This honorable court to GRANT A STAY OF EXECUTION OF JUDGMENT CONFIRMATION ORDER FOR REASONS MOREFULLY EXPLAINED IN MEMORANDUM IN SUPPORT (herein attached)

RESPECTFULLY SUBMITTED,
Darrell White
D███████ W███████
P.O. BOX 8107
MANSFIELD, OHIO 44901

①

D.
P.O. BOX 8107
MANSFIELD, OHIO 44901

Inmate
Correspond
RICI

FILED
SEP 19 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET UNIT 18
WILMINGTON, DELAWARE