IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

CIVIL ACTION NO. 22-CV-01121
BANKRUPTCY CASE NO. 20-10343
BANKRUPTCY BAP NO. 22-47

D.W.,
    APPELLANT,

V.

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,
    APPELLEE

MOTION FOR APPOINTED COUNSEL
AND APPEARANCE OF COUNSEL PRO SE

1. D[REDACTED] W[REDACTED] IS APPEARING PRO SE

2. D[REDACTED] W[REDACTED] REQUEST THIS HONORABLE COURT TO APPOINT COUNSEL, FOR GOOD CAUSE SHOWN, THIS IS A COMPLEX ISSUE CASE AND APPELLANT IS INCARCERATED AND UNFAMILIAR WITH DELAWARE LAW OR RULES

CONCLUSION

WHEREFORE FOR REASONS HEREIN APPELLANT RESPECTFULLY REQUEST THIS HONORABLE COURT TO APPOINT COUNSEL FOR APPELLANT AND APPELLANT APPEARING PRO SE UNTIL APPOINTMENT THERE ARE EXTRORDINARY CIRCUMSTANCES AND CONDITIONS THAT WARRANT APPOINTING COUNSEL DEMONSTRATED BY FRAUD BY APPELLEE THAT WARRANTS APPOINTMENT OF COUNSEL

①

RESPECTFULLY SUBMITTED,

D▮▮▮▮ W▮▮▮▮

P.O. BOX 8107

MANSFIELD, OHIO 44901

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING ~~IN~~ INSTRUMENT WAS MAILED 9-9-22 UPPON DEREK C. ABBOT AT 1201 NORTH MARKET STREET WILMINGTON, DE 19899

D▮▮▮ W▮▮▮
PRO SE



D███████ W███████
P.O. BOX 8107
MANSFIELD, OHIO 44901

Inmate Correspond RICI



US POSTAGE IMI PITNEY BOWES
ZIP 44903 $ 000.57⁰
02 4W
0000374810 SEP. 12 2022

FILED
SEP 19 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
EX-RAY

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET UNIT 18
WILMINGTON, DELAWARE
19801-3570

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

19801$3570 C012