IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,

D.W.,
    APPELLANT,

v.

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC
    APPELLEE

Civil Action No. 22-cv-01121
Bankruptcy Case No. 20-10343
Bankruptcy BAP No. 22-47

MOTION TO APPOINT MEDIATION

NOW COMES APPELLANT D▊▊▊ W▊ RESPECTFULLY REQUESTING THIS HONORABLE COURT TO APPOINT A MEDIATOR FOR MEDIATION BETWEEN PARTY'S

CONCLUSION

THIS IS A COMPLEX ISSUE CASE THAT WARRANTS A MEDIATOR FOR THE RELEVANT ISSUE'S BETWEEN PARTIES

D▊▊▊ W▊
RESPECTFULLY SUBMITTED,

D▊▊▊▊ W▊▊▊▊▊▊
P.O. BOX 8107
MANSFIELD, OHIO 44901

D▊▊▊ W▊
PRO SE

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 9-9-22 UPON DEREK C. ABBOTT AT 1201 NORTH MARKET STREET WILMINGTON, DE 19899

D▮▮▮▮▮ W▮▮▮▮▮▮
P.O. BOX 8107
MANSFIELD, OHIO 44901



Inmate Correspond RICI

US POSTAGE IMI PITNEY BOWES
ZIP 44903 $ 000.57⁰
02 4W
0000374810 SEP. 12 2022

FILED
SEP 19 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET UNIT 18
WILMINGTON, DELAWARE
19801-3570

U.S.M.S. EX-RAY

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

19801$3570 C012