IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,

CIVIL ACTION NO. 22-CV-01121
D.W.,                              BANKRUPTCY CASE NO. 20-10343
   APPELLANT                   BANKRUPTCY BAP NO. 22-47
V.                                 (COMPLEX CASE)
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC
   APPELLEE

## APPELLANT D.W. BRIEF

NOW COMES APPELLANT D.W. who RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT APPELLANT APPEAL MORE FULLY EXPLAINED IN MEMORANDUM OF SUPPORT HEREIN (SEE FEDERAL QUESTIONS IN SUPPORT ATTACHED) EXHIBIT D

RESPECTFULLY SUBMITTED,

D[REDACTED] W[REDACTED]
P.O. BOX 8107
MANSFIELD, OHIO 44901

D[REDACTED] W[REDACTED]
PRO SE

①