MEMORANDUM OF SUPPORT
APPELLANT
COMPLAINT AND DEMAND FOR JURY TRIAL

Jurisdictional Allegations

1. D████ W████ RESIDE'S AS INCARCERATED IN STATE OF OHIO, CITY OF MANSFIELD, RICHLAND COUNTY, APPELLANT

2. THE DEFENDANT HAS A LLC CORPORATION IN THE STATE OF DELAWARE, CITY OF WILMINGTON

3. THAT THE CAUSE OF ACTION OF NEGLIGENCE AND FRAUD CONCEALMENT AND SEXUAL ASSAULT AND BREACH OF CONTRACT AROSE FROM A FILED PROOF OF CLAIM THAT'S FILED AT UNITED STATES BANKRUPTCY COURT AT LOCATED 824 NORTH MARKET STREET, WILMINGTON, DE 19801-3870 ( DESIGNATION OF RECORD REQUEST ORDER TO BE FILED BETWEEN CLERK OF COURT'S PURSUANT TO 8-25-22 ON RECORD NO DESIGNATION) FOR RECORD

4. THAT THE AMOUNT IN CONTROVERSY EXCEEDS $50,000.00 AND APPELLANT IS ENTITLED TO RELIEF BASED ON AMENDMENT VII 1791

AND AMENDMENT IV 1791 AND
AMENDMENT IX AND AMENDMENT V 1791
AND AMENDMENT VII 1791 PURSUANT TO
UNITED STATES CONSTITUTION

5. SUBJECT MATTER JURISDICTION
6. FEDERAL QUESTION'S (ATTACHED) JURISDICTION
     GENERAL ALLEGATION'S
6. THAT ON AUGUST 18, 2020 APPELLANT ~~DEBRA~~
D█████ W████ WAS FRAUDULENTLY
INDUCEMENT CAUSED BY BOY SCOUTS OF
AMERICA FRAUD MISREPASENTATION'S IN A
TARGET SCHEME, DESIGN, AND DECEPTION
T.V. ADVERTISEMENTS TO FILE A
PROOF OF CLAIM EXHIBIT A IN
UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE EXHIBIT A
THE ~~APPELLANT~~ WAS IN VIOLATION OF REASONABLE CARE OF

APPELLANT 7. THE DEFENDANT'S BOY SCOUTS OF
AMERICA AND DELAWARE BSA, LLC
FRAUDULENT ACTION'S OCCURRED APPELLANT
TO ENTER A IRREPARABLE DAMAGE'S
CONTRACT OR AGREEMENT PURSUANT TO
EXHIBIT A (BREACH OF CONTRACT OR
AGREEMENT)

FRPCIV, 56 F CONTINUANCE FOR ADMISSABLE
         EVIDENCE IN SUPPORT

(3)

8. THAT THE DEFENDANT APPELLEE OWED THE APPELLANT D.W. THE Following DUTIES OF CARE

9. A DUTY PURSUANT TO EXHIBIT A PAGE 3 PART I A DUTY OF CONFIDENTIALITY, CONTRACTUAL DUTY, CLAIM DUTY OBLIGATION,

10. PURSUANT TO THAT DUTY NOT TO DISCLOSE APPELLANT CONFIDENTIAL INFORMATION AND DUTY IN FAIR DEALING'S

11. THE DEFENDANT'S WAS RECKLESS MANNER, CARELESS, HEEDLESS MANNER, MALICE, BAD FAITH, WILLFUL, INTENTIONAL, WANTON CONDUCT THAT DISREGARDED APPELLANT'S SAFETY THAT VIOLATED PRIOR NOTIFICATION COMMON LAW AND FEDERAL LAW (PURSUANT TO DIRECT NOTICE AND CONSTRUCTIVE NOTICE)

12. THAT THE DEFENDANT'S HEREIN BREACHED EACH OF THE ABOVE DUTIES AND VIOLATED UNITED STATES CONSTITIONAL LAWS AND FEDERAL LAW'S

13. THAT THE DEFENDANT'S IS GUILTY OF DUE PROCESS, CRUEL AND UNUSAL PUNISHMENT, ILLEGAL SEARCH AND SIEZURE, VIOLATING A FAIR TRIAL, AND BREACH OF CONFIDENTIAL CLAUSE OF PROOF OF CLAIM

④

14. THAT DEFENDANT'S IS GUILTY OF FRAUD CONCEALMENTS, ENTRAPMENT, THEFT BY DECEPTION, VIOLATING FEDERAL RICO ACT AND SEXUAL ASSAULT'S VIOLATION'S AND INFLICTING SEXUAL HARRASMENT AND HARRASMENT

15. THAT PRIOR TO FRAUDULENT CONCEALMENT AND NEGLIGENCE THE APPELLANT WAS A REASONABLE CARE PRUDENT PRIVATE PERSON

16. THAT AS A RESULT OF FRAUD ENTRAPMENT AND FRAUD MISREPRESENTATIONS AND FRAUD COLLUSION'S AND FRAUD CONVERSION'S OF A FRAUDULENT PLAN CONFIRMATION, THAT APPELLANT WAS UNREPRESENTED OR NOT PRIVY IN NEGOTATION'S TO PLAN
    THAT THE APPELLANT SUFFERD SEVERE IRREPARABLE DAMAGES THAT RESULTED IN APPELLANT FILING A LAWSUIT IN FRANKLIN COUNTY, OHIO COMMON PLEAS COURT CASE NO. 22 CV000610 AS A RESULT OF EXPOSING AND BREACH CONFIDENTIAL INFORMATION, OF APPELLANT PROOF OF CLAIM
    FURTHER THE APPELLANT AS A RESULT HAD TO FILE A LAWSUIT (INDIRECT) AS A RESULT OF ENTERING A FRAUDULENT PLAN AND CONTRACT OR AGREEMENT EXHIBIT A THAT BREACHED VIOLATED APPELLANT CONFIDENTIALITY CLAUSE IN OHIO COURT OF CLAIMS 2022-00620

LED TO ASSAULT CAUSAL CONNECTED LINK  ⑤

17. THAT FRAUDULENT MISREPRESENT-
ATIONS AND FRAUDULENT CONCEALMENT'S
CAUSED BY DEFENDANT'S HEREIN

18. COULD HAVE PREVENTED APPELLANT'S
INJURIES IF APPELLANT HAD FAIR
REPRESENTED REPRESENTATION WITHIN
THE CLASS FOR A CLASS THAT WAS
TARGETED, REDFLAG, OPPRESSED IN
ADMINISTRATIVE FEE'S AND
DEHUMANIZED AND ULTIMATELY
DISCRIMINATED BASED ON A
MINORITY PRISONER CLASS THAT
WAS NOT PRIVY OR REPRESENTED
IN A CLASS PLAN NEGOTIATIONS
OR REPRESENTED IN TORT CLAIMANT COMMITTEE

19. THE SEXUAL ASSAULT'S, HARRASHENT,
RETALIATIONS AND EMOTIONAL STRESS
AND MENTAL ANQUISH IN CURRED
AS A RESULT OF BEING FORCED BY
A DEADLINE TO FILE A PROOF OF CLAIM
RESULTED IN PAIN AND SUFFERING
INFLICTED UPON THE DIRECT PROXIMATE
ACTUAL AGGRIEVED APPELLANT D.W.
AS SET FORTH IN STATE OF
OHIO COURT CLAIM'S, IN

(6)

FRANKLIN CO., OHIO COMMON PLEAS
COURT CASE NO. 22 CV 000610
AND OHIO COURT OF CLAIMS
2022-00620,
            THAT INFRINGED AND
IMPEDED ON MY MENTAL CAPACITY
TO FUNCTION AS A REASONABLE
PRUDENT PERSON MIND AND
WELLBIENG THAT EFFECTED THE
DELAY IN TIME OF A OHIO
COMMON PLEAS, FRANKLIN COUNTY
COURT CASE 22-CV-2144 AS A RESULT
OF MENTAL ANQUISH
20. THAT THE INJURIES
SUSTAINED (REQUEST FOR CIVIL RULE 56(F)
CONTINUANCE TO OBTAIN CASE
FILE'S TO ADD TO RECORD AS
ADMISSABLE EVIDENCE)
BY THE APPELLANT AS A RESULT
OF FRAUDULENT CONDUCT
ACTIONS OF CONDUCT AND
FRAUDULENT ACTIONS THAT
WERE SOLEY CAUSED BY THE
DEFENDANT'S DIRECT PROXIMATLY
AND SPECIFICALLY AND PARTICUALLY
HEREIN

1

BY THE FRAUDULENT
COLLUSION AND FRAUD CONCEALMENTS
AND FRAUD MISREPRESENTATIONS
WITHIN THE PROOF OF CLAIM
CONTRACT OR AGREEMENT, BY THE
FRAUDULENT COLLUSION, FRAUDULENT
CONCEALMENTS AND FRAUDULENT
COLLUSION CONFIRMATION OF PLAN
AND FRAUDULENT MISREPRESENT-
ATIONS THAT'S SET FORTH IN THE
U.S. BANKRUPTCY OPINION
THAT DEPRIVE APPELLANT
VIABLE JUSTICIABLE RELIEF
IN AWARD THAT FAIRLY
COMPENSATE CLAIMANT #114-457
THAT VIOLATES THE BANKRUPTCY
CODE FOR FAIRNESS OF A CLASS
MEMBER CITED WITHIN THE
BANKRUPTCY COURT OPINION
THAT SEVERELY AND SUBSTANTIALLY
REDUCE THE VALUE OF SAID
INJURIES TO CLAIMS AGAINST
DEFENDANT BOY SCOUTS OF
AMERICA AND AFFILIATES

20½ THE DEFENDANT'S ARE SOLEY
VICARIOUS LIABLE AND TORT LIABLE (HEREIN)

⑧

( SEE EXHIBIT E )

21.   WHERE FOR THE APPELLANT
      PRAYS FOR THE Following
      RELIEF
           (A) THAT THIS HONORABLE
      UNITED STATES DISTRICT COURT
      GRANT A JURY TRIAL IN U.S. COURT
(HEREIN)   (B) THAT THE Pla APPELLANT
      D. W., CLAIMANT 114 457 BE
      AWARDED COMPENSATORY DAMAGES
           (C) THAT APPELLANT BE AWARDED
      AN AMOUNT DEEMED FAIR AND
      JUST BY A JURY TO COMPENSATE
      APPELLANT D.W. FOR DAMAGES
      SUSTAINED AS PRESENTED
      BY EVIDENCE IN THIS CASE
           (D) THAT APPELLANT D.W,
      BE AWARDED SUCH OTHER RELIEF
      AS THE COURT DEEMS PROPER
           APPELLANT D. W. CLAIMANT
      #114457 CLAIMS JUDGMENT
      AGAINST THE DEFENDANT'S
      HEREIN IN AN AMOUNT IN
      EXCESS OF THE MATRIX PLAN
      IN EXCESS OF ONE MILLION
      DOLLARS, 100% VALUE IN
      ACTUAL COMPENSATORY AND
      EXEMPLARY DAMAGES
                    8

22. INDEMNIFICATION (DAMAGES) DOCTRINE OF LAW REQUIRES JUSTICE FOR THIS CLASS MEMBER STATUS IN THE GENUINE MATERIAL SET OF FACTS THAT IS PRESENTED IN DIRECT PROXIMATE AUTHENTIC EVIDENCE FOR A JURY TRIAL CAN TERMINATE THE UNCERTAINTY OR CONTROVERSY OF ISSUES AND FACTS THAT IS ACTUALLY DEPRIVING APPELLANT D.W. AND SIMILAR CLASS MEMBERS A FAIR TRIAL AND FAIR JUSTICE FOR RIGHTS, DUE PROCESS OF LAW AS A MATTER OF LAW, AND EQUAL PROTECTION OF THE LAW U.S. CONSTITIONAL GROUNDS FOR RELIEF THAT DO NOT VIOLATE, AND DECREASE PROBATIVE VALUE AMOUNT OF COMPENSATORY DAMAGES AMOUNT PURSUANT TO UNITED STATES CONSTITITION. AND FAIRNESS IN EQUITY

PLAINTIFF APPELLANT DEMAND A JURY TRIAL ON ALL TRIALABLE ISSUES FACTS AND ERRORS AND CLAIMS

(19)

OPIONION

23.   ASSIGNMENT OF ERROR #1
FAILURE IN A EQUAL STANDING
THAT OF ADMINISTRATIVE FEE'S
THAT DOES NOT DISCRIMINATE OR
IS SUBSTAINLY OPPRESSES THE
CLASS MEMBERS

24.   ASSIGNMENT OF ERROR #2
FAIR STANDING'S THAT
DOES NOT DEPRIVE EQUAL
PROTECTION OF THE LAW AS A
CLASS MEMBER

25.   ASSIGNMENT OF ERROR #3
DOES NOT ALLOW CURRENT CLAIM'S
IF YOUR IN THE CLASS,
THAT CONFIRMATION PLAN
PREJUDICE'S THAT OF THOSE
MEMBER'S WITH CURRENT CLAIM'S
AND DEPRIVE FAIR & EQUITY

26.   ASSIGNMENT OF ERROR #4
~~JUSTIFYABLE~~ ~~DAMAGES~~ RELIEF
IS ALLOWING THE DEFENDANT'S
TO BREACH CONTRACT OR
AGREEMENT PURSUANT TO A
FRAUDULENT CONFIRMATION PLAN

Ⓦ

27. ASSIGNMENT ERROR #5
OPINION VIOLATES
APPELLANT CONSTITIONAL RIGHTS?

ISSUES PRESENTED

28. ISSUE #1 PRESENTED PURSUANT
TO ERROR #1 DOES THE CONFIRMATION
PLAN ~~ADMINISTRATIVE FEE~~
ADMINISTRATIVE FEE OPPRESSES
A A PRISONER CLASS MEMBER
UNJUSTLY?

29. ISSUE #2 PURSUANT TO ERROR
#2 THE DOES THE PLAN
VIOLATES EQUAL PROTECTION
OF A RED FLAG CLASS MEMBER
A PRISONER CLASS MEMBER AND
A TARGETED CLASS MEMBER
FOR RELIEF?

30. ISSUE #3
DOES THE PLAN
HAVE A ~~##~~ JUSTICIABLE RIGHT
TO NOT COMPENSATE
CURRENT CLAIMS? PURSUANT
TO FRAUD MISREPRESENTATIONS AND
AMENDMENTS AND SUPPLEMENTS
THAT WAS NOT VOTED ON BY THE
CLASS MEMBERS
(12)

31. ISSUE # 4   PURSUANT TO ASSINGNMENTOFERROR #4
IS JUSTIFIABLE RELIEF SUCH
AS CLAIMANT #114 457 BEING DEHUMANIZED
IN DISCOVERY ALLOW THE DEFENDANT'S
TO BREACH CONTRACT OR AGREEMENT'S
OR BREACH ORAL OR WRITTEN CONTRACT'S
OR AGREEMENT'S OR BREACH ADVERTIZEMENT
THAT SOLICITED CLAIMANT'S INTO THE
EXHIBIT A FILED PROOF OF CLAIMS CLASS?

32. ( RESERVE THE RIGHT TO ADD
ISSUE'S AND ERROR'S AS CONFORMING
TO TRIAL ) IMPLEMENT

33. INTRODUCTION: APPELLANT D███
W███ IS A CLASS MEMBER CLAIMANT
#114 457 IN THE BOY SCOUTS OF
AMERICA CLASS ACTION LAWSUIT
IN WILMINGTON DELAWARE CASE NO.
20-10343 IS APPEALING THE
OPIONION AND CONFIRMATION OF
THE COURT FOR REASON'S HEREIN
AND RELIEF AND FAIRNESS
IN EQUITY CLAIM'S, MIX CLAIM'S
AND INDIRECT CLAIM'S

⑬

## STATEMENT OF FACTS

34. THE OPINION OF THE COURT DISENFRANCHISE, DEVALUE, REDUCES A CLASS MEMBER JUSTICIABLE AWARD RELIEF IN FAIRNESS

35. THE CONFIRMATION PLAN VIOLATES THE U.S. CONSTIUTITION AND BANKRUPTCY FEDERAL CODES

36. THE CONFIRMATION PLAN REDUCES OR PROHIBITS CURRENT JUSTICIABLE CLAIMS FOR RELIEF THAT VIOLATES U.S. CONSTITUTION AND BANKRUPTCY FEDERAL CODES FOR RELIEF

37. THE DEFENDANT'S AMENDMENTS AND SUPPLEMENTS WITHOUT A CLASS VOTE VIOLATES THE U.S. CONSTIUTITON FOR CLASS MEMBER'S RELIEF

38. THE CONFIRMATION PLAN IS DISCRIMINATORY IN NATURE THAT VIOLATES AND TARGET CERTAIN UNREPASENTED CLASS MEMBERS THAT ARE NOT PRIVY OR REPASENTED IN NEGOTIATIONS OF TERMS OF PLAN

(14)

39. THE APPELLANT OR CLASS MEMBERS
UNREPRESENTED DID NOT APPROVE OF
AMENDED CONSENT ORDERS AS A
CLASS MEMBER OR WAS PRIVY TO THE
CONSENT ORDERS MANIFESTED IN
THE CONSENT ORDERS TO AMEND AND
SUPPLEMENT OPINION OF THE
BANKRUPTCY COURT WITHOUT A
VOTE VIOLATING U.S. CONSTITUTION
AND BANKRUPTCY CODES OF FEDERAL
LAW AND FAIRNESS NOR PRIVY TO
NEGOTIATIONS

40. 82,209 CLAIMANTS ARE ASSERTING
PROOF OF CLAIMS THAT ARE BEING
MISLEAD BY DEFENDANTS FRAUDULENT
CONCEALMENTS IN THE PLAN THAT VIOLATES
FEDERAL RICO LAWS AND U.S.
CONSTITUTION AND ENTRAPMENT LAW

41. INSURANCE COVERAGE POLICIES
ARE IMPLEMENTED UNJUSTLY TO
UNREPRESENTED OR TARGETED OR
RED FLAG CLASS MEMBERS WITHOUT
PRIOR NOTIFICATIONS OF A RED FLAG
OR TARGETED CLASS MEMBER OR OBJECTORS
RELIEF SYSTEM PRIOR TO SUBMISSION OF
PROOF OF CLAIM PURSUANT TO NOTICE
STANDARDS

(15)

42. THE OPIONION OF THE BANKRUPTCY COURT
EXHIBIT B OF THE RECORD (SEF REQUEST OF
ADMISSIABLE OPINION IN ENTIRETY FOR
DISTRICT COURT REVIEW)
    IS NOT FAIR AND EQUITABLE

43. THE CLAIMS MATRIX, BASE MATRIX VALUES,
MAXIMUM MATRIX VALUES, AND
SCALING FACTOR'S ARE IN APPROPRIATE
AND PROVIDE CLAIMANT #114-457 CLASS
MEMBER UNFAIR AND EQUITABLE VALUE
REDUCED UNDER A ENTRAPMENT AND
IRREPARABLE DAMAGES STANDARDS
FOR RELIEF VIOLATING FAIR AND EQUITY

44. THE TRUST DISTRIBUTION PROCEDURE
OR TDP IS DESIGNED IN REQUIREMENTS
THAT ARE NOT FAIR AND EQUITABLE
TO A UNREPASENTED CLASS MEMBER OR TARGET
45. OR RED FLAG CLASS MEMBER OR PRISONER
    THE FINDING W: THE BINDING OF
FINDING'S WITHIN THE PLAN THAT
REDUCE CLAIMS OR PROHIBIT CLAIMS
IS A DEBTOR'S OR DEFENDANT'S
FRAUDULENT ACTION AND
FRAUD MIS REPASENTATION THAT
IS UNFAIR TO CERTAIN CLASS MEMBERS

# LAW AND ARGUMENT

46.) THE OPINION OF THE COURT IS VIOLATING CLASS MEMBER #114457 SUBSTAINTAL RIGHT'S AND RECOVERY'S IN CLAIM'S AND CAUSAL LINK CLAIM'S OF CURRENT LIABILITY'S CAUSED BY DEFENDANT'S THAT VIOLATE THE U.S. CONSTITUTION DUE PROCESS CLAUSE AND EQUAL PROTECTION CLAUSE CONSTITIONAL

47.) THE OPINION OF THE COURT VIOLATES CLASS AND CLASS MEMBER #114-457 EQUAL PROTECTION CLAUSE OF THE U.S. CONSTITUTION

48 THE OPINION OF THE COURT VIOLATES ILLEGAL SEARCH AND SIESURE'S CLAUSE OF THE U.S. CONSTITUTION

49.) THE OPINION OF THE COURT AND CONFIRMATION PLAN VIOLATE'S CLAIMANT #114457 SUBSTAINTAL RIGHT'S AND CLASS

50.) THE OPINION OF THE COURT IS VIOLATING CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE U.S. CONSTITUTION THAT PUNISHES A PRISONER CLASS MEMBER AND CLAIMANT #114457 UNJUSTLY

(M)

51.) THE DEFENDANT'S BREACHED THE
PROOF OF CLAIM CONTRACT OR AGREEMENT
THAT'S RESULTS TO IRREPARABLE DAMAGE'S

52.) THE PROOF OF CLAIM SUBMITTED
BY THE DEFENDANT'S WAS AN ENTRAPMENT
TO REDUCE CLAIM'S AND PROHIBIT CLAIM'S
WITHOUT REPRESENTATION OR PRIVY TO
NEGOTIATION'S WITHOUT PRIOR
NOTIFICATION VIOLATING FEDERAL
ENTRAPMENT LAWS

53.) THE DEFENDANT'S IS GUILTY OF
FRAUD CONCEALMENT'S THAT DEPRIVE
CLASS MEMBER'S WITHIN AMENDMENT'S
AND SUPPLEMENT'S THAT REDUCE CLAIM'S
OR PROHIBIT CLAIM'S WITHOUT A CLASS
VOTE

54.) THE DEFENDANT'S IS GUILTY OF
INFLICTING FRAUDULENT COLLUSION AND
FEDERAL RICO ACT VIOLATIONS THAT
VIOLATES CLASS AND CLAIMANT #114457
FAIRNESS IN EQUITABLE RIGHT'S
SUBSTANTIALLY FOR FAIR RELIEF

55.) THAT VIOLATES FED BANKR. CODE
1129 A 3 GOOD FAITH FINDING'S
NO FAIR AND EQUITABLE RESOLUTION
OR PERSONAL CLAIM'S AND CAUSAL LINK
CONNECTED CURRENT CLAIMS AS
DESCRIBED IN CLASS MEMBER #114457
FOR RELIEF PURSUANT TO OHIO FILED
CLAIM'S AND CLASS CLAIM'S FOR RESOLUTION

(8)

56.) THE CONFIRMATION PLAN IS FRAUD MISREPRESENTATION, FRAUD COLLUSION'S, FRAUD INDUCEMENT, FRAUD CONVERSION, FRAUD CONCEALMENTS THAT IS A ENTRAPMENT THAT DEFENDANT'S IS GUILTY OF VIOLATING FEDERAL RICO LAW'S

57) THAT DEFENDANT'S VIOLATIONS RESULTED IN A OPINION AND CONFIRMATION PLAN THAT VIOLATED APPELLANT D.W. U.S. CONSTITUTIONAL RIGHT'S TO FAIR AND EQUITY RELIEF AND CONSTITIONAL RIGHT'S

58.)          CONCLUSION
WHEREFORE FOR THE REASON'S HEREIN THE CLASS CLAIMANT #114457
D.W.    SPECIFICALLY AND PARTICUARLY SHOULD BE AWARDED FAIR AND EQUITABLE RELIEF IN 100% MAXIUM RELIEF VALUE FOR ALL DIRECT PROXIMATE CLAIM'S, MIX CLAIM'S, INDIRECT CLAIM'S AND CAUSAL LINK CONNECTED CLAIM'S AS A RESULT OF DEFENDANT'S VIOLATION'S AND NEGLIGENCE

(19)

AND FRAUD CONCEALMENT'S AND
THEFT BY DECEPTION AND INFRINGEMENT'S
AND IMPEDEMENT'S, AND BREACHES
AND VIOLATION'S OF U.S. CONSTITITION
AND AMENDMENT'S U.S.

59.) THAT WARRANT'S A
FEDERAL DISTRICT TRIAL ON
ALL ISSUE'S AND FACT'S
AND ERROR'S PRESENTED IN
SUBJECT - MATTER CASE HEREIN FOR
TRIAL BY JURY THAT VIOLATE'S
CLAIMANT # 114457 RIGHT'S OF
U.S. CONSTITION

60.) (DEMONSTRATION TO THE COURT):
THE PLAINTIFF IS SEVERLY BIAS AND
PREJUDICE ON HIS CLAIM # 114457 WITHIN
THE CLASS AS A RESULT THERE WAS NO
REPASENTATION FOR PRISONERS RIGHT'S
OR FOR RED FLAG CLAIM'S OR FOR THE
TARGETED CLAIM'S,
            THE PLAINTIFF IS SEVERLY BIAS AND
PREJUDICE BY DEFENDANT'S WHO CAUSED INJURY AND
DAMAGE'S ON CONNECTED CAUSAL LINK
CONNECTED IN DAMAGES (INDEMNIFICATION
DOCTRINE) FOR RELIEF THAT IS FAIR
            END DEMONSTRATION

(20)

61.) WHEREFORE APPELLANT OBJECTS TO THE OPINION ION AND CONFIRMATION ORDER, CONSENT ORDER AND THE UNFAIR TACTIC'S, SCHEMES, DESIGN, AND DECEPTION AND FRAUD CONCEALMENTS WITHIN THE PLAN THAT REDUCE'S A FAIR IN EQUITY VALUE FOR APPELLANT CLAIM #114457 AND MIX CLAIM AND INDIRECT CLAIM, AND CLASS MEMBER'S CLAIMS,

62.) THEREFORE THIS HONORABLE COURT SHOULD GRANT APPELLANT A TRIAL BY JURY ON SUBJECT-MATTER'S FOR COMPENSATORY RELIEF IN THIS HONORABLE COURT HEREIN,

63.) FOR DECISION'S, ORDER'S, JUDGMENTS, AND A FAIR VERDICT BY THE TRIAL BY JURY DETERMINATION OF ISSUE'S, FACT'S, AND ERROR'S THAT ARE TRIALABLE UPON THE COURT

64.) PLAINTIFFS ( CAUSAL LINK CONNECTED CLAIM DEMONSTRATION

2/

The APPELLANT D.W. IS SEVERLY
BIAS, PREJUDICE BY THE IRREPARABLE
INJURYAND DAMAGE'S AS A RESULT OF DEFENDANT'S
VIOLATION'S UPON APPELLANT RIGHT'S
AND CLAIM'S,

           AS A RESULT OF THIS CASE
BEING INFLICTED UPON APPELLANT IT
RESULTED IN EMOTIONAL STRESSES AND
A SEXUAL ASSAULT BEING INFLICTED UPON
APPELLANT, THAT RESULTED IN UNTIMELY
FILING'S ~~*****~~ OF
APPELLANT CASINO CASE, AND A
FAIR STANDARD MIND FOR DEFENSES
OF LEGAL ISSUE'S IMPEDED BY THIS CASE
           AND A RESULT IN SEXUAL ASSAULT
AS A ADULT AND SEXUAL HARRASMENT AND
PRIVACY BREACH, AND DAILY BEATENS BECAUSE
OF CASE CLASS ACTION FAULT OF DEFENDANT'S
           THIS RESULT IN RELIEF FOR
THE CAUSAL link CONNECTED CLAIM'S
               AND DEMONSTRATED

65.   WHEREFORE APPELLANT MOVE'S THIS
      HONORABLE COURT TO GRANT APPELLANT
      A FEDERAL DISTRICT SUBJECT-MATTER TRIAL BY JURY
      OR REMAND OPINION AND CONFIRMATION
      FOR JUDGMENT ORDER'S THAT IS FAIR

DATE 9-9-22

FILED
SEP 1 9 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D███████ W████████
P.O. BOX 8107
MANSFiEld ohio 44901

D███████ W██████ DULY SWORN STATES he has READ
ThE FOREgoing INSTRUMENT AND iTS TRUE UPON
INFORMATION AND BELiEF TO ThoSE MATTERS
heREin  ThERE oF MATTERS hE BELiEVE To BE TRUE

███████ ███

PlAiNTiFF

SWORN TO AND SUBSCRiBED TO ME IN MY
PRESENCE This  9  DAY oF September 20 22

MY COMMISSioN Expires
June 3. 202█

NOTARY PubliC RichlAND
CoUNTY, STATE oF ohio

DEMAND FOR JURY TRiAl
PlAiNTiFF APPEllANT DEMAND A JURY TRiAl

DATE 9-9-22

D███████ W████████
P.O. BOX 8107
MANSFiEld Ohio 44 901

D████ █████ W██

RESPECTFULLY SUBMITTED,

D████████ ██ W███████████

P.O. BOX 8107
MANSFIELD, OHIO 44901

## CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY
OF THE FOREGOING INSTRUMENT WAS
MAILED 9-9-22 UPON DEREK C. ABBOTT
1201 NORTH MARKET ST.
WILMINGTON, DE 19899

D████ █████ W███

PRO SE

☒ SERVICE REPLY BY U.S. MAIL TO:
D████ W███████████
P.O. BOX 8107
MANSFIELD, OHIO 44901

⁑
CONTACT OHIO DEPARTMENT OF REHABILITATION AND
CORRECTION FOR LEGAL MAIL PROCEDURES