U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D. W.
   APPELLANT           CASE NO.
                       1:22-CV-01121

V.

BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC
   APPELLEE

APPLICATION FOR CERTIFICATION
OF CLASSES CLASS ACTION

I. INTRODUCTION:

   NOW COMES APPELLANT D. W. WHO RESPECTFULLY APPLYING TO THIS FEDERAL DISTRICT COURT TO GRANT APPELLANT D.W. WHO IS CLAIMANT # #114457 IN CASE NO. 20-10343 IN U.S. BANKRUPTCY COURT, DELAWARE A CERTIFICATION OF CLASSES CLASS ACTION

   THE CLAIMANT #114457 IS A CLASS MEMBER, A TYPICAL CLASS REPRESENTATIVE THAT IS ADVANCE

①

The interest of the entire class in pursuing his claimant #114457 own claims
        citing SPRAGUE, 133 F.3d at 399

There are commonality of targeted claims, red flag claims and unrepasented claims and prisoner claims that interest was not protected within the confirmation plan or admendments, or supplements or consents that warrant's a certification of classes class action Fed. Civil Rule 23 A
        Prior to affirmation of the confirmation plan to protect the unrepasented, targeted, red flag claims
        That violate's primi faci information statement's that failed to inform class members of a discriminatory abuse of process of red flagging and targeting in exhibit A proof of claim filed in appellant brief
        This warrant's a certification pursuant to Fed. Civ. 23A

(2)

# STATEMENT OF FACTS

1. The DEFENDANT'S VIOLATED GOOD FAITH IN TRUTH FEDERAL COMMON LAW

2. THAT DEFENDANT'S APPELLEE OWED A LEGAL DUTY TO THE CLASS PURSUANT TO FAIR AND EQUITY BANKRUPTCY CODES AND CONSTITIONAL EQUAL PROTECTION LAWS, DUE PROCESS

3. THAT APPELLEE DEFENDANT'S HEREIN BREACHED EACH OF THE ABOVE DUTY'S AND VIOLATED THE CONSTITITION AND BANKRUPTCY CODE'S

4. THAT THE DEFENDANT APPELLEE WAS GUILTY OF FEDERAL RICO ACT LAW VIOLATIONS, FRAUD CONCEALMENT DOCTRINE VIOLATION AND LAW, ENTRAPMENT FED. LAW VIOLATION AND VIOLATION OF TORTURE VICTIM PROTECTION ACT (1) SUBJECTING A INDIVIDUAL TO TORTURE IN A CIVIL ACTION WITHIN CONFIRMATION PLAN AMENDMENTS, CONSENTS AND CONTRACT'S OR AGREEMENTS,

5. THAT APPELLEE WAS CARELESS AND NEGLIGENT IN THE DESIGN, NEGOTIATIONS, AND CONSTRUCTION OF CONFERMATION PLAN REORGANIZATION AND CONTRACTS OR AGREEMENTS

3

THAT WAS INFLICTED UPON THE TARGETED, REDFLAG, PRISONER'S, AND UNREPRESENTED AND DISCRIMINATED

6. THAT AS A RESULT VIABLE PROOF OF CLAIMS, WAS REDUCED IN VALUE, PROHIBITED, OR DENIED UNJUSTLY AND WITHOUT VIABLE REPRESENTATION THAT ADEQUTELY PROTECT THE INTEREST OF CLASS MEMBERS WITHIN THE CLASS

7. WHEREFORE THE APPELLANT D.W #114467 CLAIMANT PRAY'S FOR RELIEF

    A) GRANT A CLASSES CLASS ACTION TO PROTECT INTEREST OF REDFLAG CLAIMS, PRISONER CLAIMS, TARGETED CLAIMS, AND UNREPRESENTED CLAIMS PURSUANT TO FED R CIVIL 23A

    B) GRANT A JURY TRIAL FOR CLASSES CLASS ACTION

    C) REVOKE CONFIRMATION ORDER UNTIL INTEREST ARE PROTECTED WITHIN CONFIRMATION PLAN

(4)

DATE 9-14-22

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
P.O. BOX 8107
MANSFIELD OHIO 44901

▮▮▮▮▮▮▮▮ DULY SWORN STATES HE HAS READ THE FOREGOING INSTRUMENT AND IT'S TRUE UPON INFORMATION AND BELIEF TO THOSE MATTERS HEREIN THOSE OF MATTERS HE BELIEVES TO BE TRUE

▮▮▮▮▮▮▮▮
PLAINTIFF

SWORN TO AND SUBSCRIBED TO ME IN MY PRESENCE THIS 14 DAY OF September 20 22

MY COMMISSION EXPIRES:
May 17, 2025

KELLY ROSE
Notary Public
State of Ohio
My Comm. Expires
May 17, 2025

NOTARY PUBLIC, RICHLAND COUNTY, STATE OF OHIO

(5) DEMAND FOR JURY TRIAL
PLAINTIFF DEMAND A JURY TRIAL

DATE 9-14-22

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
P.O. BOX 8107
MANSFIELD OHIO 44901

## CONCLUSION

Wherefore for reasons herein Appellant D.W. is requesting this honorable court to grant certification of classes class action and deny or revoke confirmation order.

Respectfully submitted

D███████ W████ ██ ████████
P.O. Box 8107
Mansfield, Ohio 44901

### CERTIFICATE OF SERVICE

I the undersign certify that a copy of the foregoing instrument was mailed 9-14-22 upon Derek C. Abbott at 1201 North Market Street, Wilmington, DE 19899



PRO SE



