U.S. DISTRICT COURT
DISTRICT OF DELAWARE



D.W.
   APPELLANT

CASE NO.
1:22-CV-01121

V.

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC
   APPELLEE

## MOTION TO DISMISS OR DENY AFFIRMATION

NOW COMES THE APPELLANT D.W. CLAIMANT #114457 RESPECTFULLY MOVE THIS HONORABLE COURT TO DENY /or AND DISMISS AFFIRMATION TO THE CONFIRMATION PLAN FOR REASONS MORE FULLY EXPLAINED HEREIN (MEMORANDUM IN SUPPORT)



RESPECTFULLY SUBMITTED,

P.O. BOX 8107
MANSFIELD, OHIO 44901

[Sender name redacted]
P.O. Box 8107
Mansfield, Ohio 44901

Inmate Correspond RICI

US POSTAGE IM PITNEY BOWES
ZIP 44903
02 4W
$ 004.05
0000374810 SEP. 19 2022

U.S. DISTRICT COURT
FILED
SEP 2 7 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S. X-RAY'D

United States District Court
844 N. King Street, Unit 18
Wilmington, Delaware 19801-3570