U.S. DISTRICT COURT
DISTRICT OF DELAWARE
(WILMINGTON)

D. W.
    APPELLANT

v.

BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC

CASE NO.
1:22-CV-01121

FILED
SEP 27 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR
LEAVE TO EXTEND PAGE
LIMIT OF BRIEF

Now comes APPELLANT D. W. in complex case request permission to extend page limit of brief.

CERTIFICATE OF SERVICE
I the undersign certify that a copy of the foregoing instrument was mailed 9-12-22 upon Derek C. Abbott 1201 North Market St. 16th Fl. Wilmington, Delaware 19899-1347

RESPECTFULLY SUBMITTED,
D████ W████
P.O. BOX 6107
MANSFIELD, OHIO 44901


PRO SE

①

