# Ohio Department of Rehabilitation and Correction

FILED
SEP 27 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SECTION I - To be completed by cashier prior to this form being presented to the inmate for completion of SECTION II - Affidavit of Indigency.

I, __Dawn Bartram__, cashier at the __Richland Correctional Inst__ certify that the following is a true and accurate reflection of the status of the account maintained at this institution for the benefit of:

| Inmate Name: [redacted] | Inmate Number: [redacted] |
|---|---|

Account Balance as of __9/2/2022__ : $ __2.01__

Total state pay credited for the preceding six months; $ __78.00__

Average monthly state pay for the preceding six months; $ __13.00__

Total funds received from all sources, excluding state pay, for the preceding six months; $ __18.00__

Signature of Cashier: [signature] — information was given to the inmate prior to being filed; the information may have been changed after certification and before filing.

Date: __9/2/2022__

Date sent __9/2/22__ Initials __DB__

## AFFIDAVIT OF INDIGENCY

SECTION II - To be completed by inmate after cashier's statement is completed.

I, [redacted], being first duly sworn, says that he/she does not have sufficient funds to pay the filing fee and other costs of prosecuting this complaint against the State of Ohio, Department of Rehabilitation and Correction, in the Court of Claims of Ohio and submits the cashier's statement (Section I) in support of said allegation of indigency.

I hereby represent that the Information set forth in the cashier's statement concerning my financial condition is true and complete to the best of my knowledge and belief.

Inmate Name: [redacted]  Inmate Number: __747-277__

Sworn to and subscribed to me in my presence this __12__ day of __September__, 19__2022__

KELLY ROSE
Notary Public
State of Ohio
My Comm. Expires May 17, 2025

Notary Public: [signature]

DRC 2257 (Rev 8/97)  ACA 4262, 4324

9/2/2022  6:56 AM

FFF - Court Certification
Inmate Id : a747277
AsOf : 9/2/2022

| Description | Beginning | Ending | Amount |
|---|---|---|---|
| Resident Id: a747277 | | | |
| Last Name: W▓▓ | | | |
| First Name: D▓▓ | | | |
| Middle Name: | | | |
| Total Deposits | 3/3/2022 12:00:00 AM | 9/3/2022 12:00:00 AM | $96.00 |
| Average Monthly Deposits | 3/3/2022 12:00:00 AM | 9/3/2022 12:00:00 AM | $16.00 |
| Total 1st Day Balances | 3/3/2022 12:00:00 AM | 9/3/2022 12:00:00 AM | $12.52 |
| Average 1st Day Balances | 3/3/2022 12:00:00 AM | 9/3/2022 12:00:00 AM | $2.09 |
| Balance as of | | 9/3/2022 12:00:00 AM | $2.01 |
| Current Balance | | 9/3/2022 12:00:00 AM | $2.01 |
| FFF Initial Payment as of | | 9/3/2022 12:00:00 AM | $3.20 |
| Total Pay (State, OPI, Commis | 3/3/2022 12:00:00 AM | 9/3/2022 12:00:00 AM | $78.00 |
| Average Total Pay Monthly De | 3/3/2022 12:00:00 AM | 9/3/2022 12:00:00 AM | $13.00 |
| Total Commissary Expenditure | 3/3/2022 12:00:00 AM | 9/3/2022 12:00:00 AM | $27.41 |

I certify this document is a tru
of the inmate's financial record

This financial information was given to the inmate prior to it being filed; the Information may have been changed after certification and before filing.

Signature: [signed]

Date sent 9/2/2022   Initials DB

Dawn A. Bartram
Richland Correctional Institutio
1001 Olivesburg Road
P.O. Box 8107
Mansfield OH 44905

INMATE LAST NAME: _____   INMATE #: _____

I certify this document is a true and accurate copy of the inmate's financial record on file at this office.

This financial information was given to the inmate prior to it being filed; the information may have been changed after certification and before filing.

Date sent 9/2/20  Initials DP

_____                    9/2/2022
Dawn Bartram, Financial Associate        Date
Richland Correctional Inst.

09/02/2022                     **Richland Correctional Institution**

                                    **Inmate Demand Statement**

Inmate Name:    W████ D████████                                      Number: A747277
Lock Location:  RiCI,H5,D,,,0010

                         Date Range: 03/01/2022   Through   09/03/2022

Beginning Account Balances:                                    Ending Account Balances:

|  | Saving | Debt | Payable |  | Saving | Debt | Payable |
|---|---|---|---|---|---|---|---|
| Court Costs | $0.00 | ($991.00) | $0.00 | Court Costs | $0.00 | ($991.00) | $0.00 |
| AR5120 - Exe | $2.35 | $0.00 | $0.00 | AR5120 - Exemptio | $0.06 | $0.00 | $0.00 |
| Pos Exemption | $12.44 | $0.00 | $0.00 | Pos Exemption | $1.95 | $0.00 | $0.00 |
| **Begin Totals** | **$14.79** | **($991.00)** | **$0.00** | **End Totals** | **$2.01** | **($991.00)** | **$0.00** |

| Transaction Date / Inst. | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 03/01/2022 NCCC | | $2.56 Reservation to Pos Exemption | Odrc Pos Exemption | $14.79 | ($991.00) | $0.00 |
| 03/01/2022 NCCC | | $7.65 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $14.79 | ($991.00) | $0.00 |
| 03/04/2022 NCCC | $12.00 | State Pay | State Pay | $26.79 | ($991.00) | $0.00 |
| 03/04/2022 NCCC | ($3.00) | Payment to CHILD SUPPORT PAYMENT CENTRAL | February, 2022 - child support | $23.79 | ($991.00) | $0.00 |
| 03/10/2022 NCCC | ($2.81) | Commissary Sale | Ticket Number 549463 | $20.98 | ($991.00) | $0.00 |
| 03/22/2022 NCCC | ($8.50) | Postage Charges (USPS) | franklin county common pleas court | $12.48 | ($991.00) | $0.00 |
| 03/31/2022 NCCC | ($3.05) | Postage Charges (USPS) | court of common pleas | $9.43 | ($991.00) | $0.00 |
| 03/31/2022 NCCC | ($6.00) | Postage Charges (USPS) | court of common pleas | $3.43 | ($991.00) | $0.00 |
| 04/01/2022 NCCC | | $14.36 Reservation to Pos Exemption | Odrc Pos Exemption | $3.43 | ($991.00) | $0.00 |
| 04/01/2022 NCCC | | $7.21 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $3.43 | ($991.00) | $0.00 |
| 04/04/2022 NCCC | ($2.68) | Commissary Sale | Ticket Number 553278 | $0.75 | ($991.00) | $0.00 |

*This financial record was sent to the inmate prior to it being filed; the information may have been changed after certification and before filing.*

Date sent 9/2/2022   Initials D7

Page: 1/5   A747277   W████ D████████                                      RiCI   09/02/2022

| Date | Amount/Description | Description | Balance | | |
|---|---|---|---|---|---|
| 04/08/2022 NCCC | $12.00 State Pay | State Pay | $12.75 | ($991.00) | $0.00 |
| 04/09/2022 NCCC | ($3.00) Payment to CHILD SUPPORT PAYMENT CENTRAL | March, 2022 - child support | $9.75 | ($991.00) | $0.00 |
| 04/12/2022 NCCC | ($3.36) Postage Charges (USPS) | court of common pleas | $6.39 | ($991.00) | $0.00 |
| 04/25/2022 NCCC | ($6.29) Commissary Sale | Ticket Number 555984 | $0.10 | ($991.00) | $0.00 |
| 05/01/2022 RiCI | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.10 | ($991.00) | $0.00 |
| 05/01/2022 RiCI | $9.90 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $0.10 | ($991.00) | $0.00 |
| 05/06/2022 RiCI | $18.00 State Pay Advanced | NCCC Advance State Pay | $18.10 | ($991.00) | $0.00 |
| 05/09/2022 RiCI | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $13.60 | ($991.00) | $0.00 |
| 05/19/2022 RiCI | ($13.43) Commissary Sale | Ticket Number 627831 | $0.17 | ($991.00) | $0.00 |
| 06/01/2022 RiCI | $14.93 Reservation to Pos Exemption | Odrc Pos Exemption | $0.17 | ($991.00) | $0.00 |
| 06/01/2022 RiCI | $9.90 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $0.17 | ($991.00) | $0.00 |
| 06/03/2022 RiCI | $18.00 State Pay | State Pay | $18.17 | ($991.00) | $0.00 |
| 06/03/2022 RiCI | ($2.20) Commissary Sale | Ticket Number 629109 | $15.97 | ($991.00) | $0.00 |
| 06/07/2022 RiCI | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $11.47 | ($991.00) | $0.00 |
| 06/08/2022 RiCI | ($2.96) Postage Charges (USPS) | COURT OF COMMON PLEAS | $8.51 | ($991.00) | $0.00 |
| 06/23/2022 RiCI | ($0.70) Pos Exemption | COPIES HOLD | $7.81 | ($991.00) | $0.00 |
| 06/23/2022 | $0.70 Miscellaneous Holds | COPIES HOLD | $8.51 | ($991.00) | $0.00 |

*This financial information was given to the inmate prior to it being filed; the information may have been changed after certification and before filing.*

Date sent 9/2/2022   Initials D7

Page: 2/5   A747277   W████ D████   RiCI   09/02/2022

| | Date | Amount/Description | Payee/Source | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| RiCl | 06/24/2022 | ($1.96) Postage Charges (USPS) | SUPREME CRT OH | $6.55 | ($991.00) | $0.00 |
| RiCl | 07/01/2022 | $9.25 Reservation to Pos Exemption | Odrc Pos Exemption | $6.55 | ($991.00) | $0.00 |
| RiCl | 07/01/2022 | $9.90 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $6.55 | ($991.00) | $0.00 |
| RiCl | 07/01/2022 | ($0.55) Postage Charges (USPS) | COMN PLS CRT | $6.00 | ($991.00) | $0.00 |
| RiCl | 07/01/2022 | ($0.35) Postage Charges (USPS) | CMN PLS CRT | $5.65 | ($991.00) | $0.00 |
| RiCl | 07/01/2022 | ($1.76) Postage Charges (USPS) | CMN PLS CRT | $3.89 | ($991.00) | $0.00 |
| RiCl | 07/05/2022 | ($0.70) Copy Charges | COPIES | $3.19 | ($991.00) | $0.00 |
| RiCl | 07/08/2022 | $18.00 State Pay | State Pay | $21.19 | ($991.00) | $0.00 |
| RiCl | 07/12/2022 | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $16.69 | ($991.00) | $0.00 |
| RiCl | 07/12/2022 | ($9.25) Postage Charges (USPS) | CLERK OF COURTS | $7.44 | ($991.00) | $0.00 |
| RiCl | 07/13/2022 | ($1.68) Postage Charges (USPS) | COURT OF COMMON PLEAS | $5.76 | ($991.00) | $0.00 |
| RiCl | 07/25/2022 | ($2.64) Postage Charges (USPS) | COURT OF COMMON PLEAS | $3.12 | ($991.00) | $0.00 |
| RiCl | 07/26/2022 | ($2.16) Postage Charges (USPS) | SUPREME COURT | $0.96 | ($991.00) | $0.00 |
| RiCl | 08/01/2022 | $14.55 Reservation to Pos Exemption | Odrc Pos Exemption | $0.96 | ($991.00) | $0.00 |
| RiCl | 08/01/2022 | $9.49 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $0.96 | ($991.00) | $0.00 |
| RiCl | 08/01/2022 | ($0.21) Postage Charges (USPS) | CMN PLS COURT | $0.75 | ($991.00) | $0.00 |
| RiCl | 08/02/2022 | ($0.45) Postage Charges (USPS) | COMMON PLEAS COURT | $0.30 | ($991.00) | $0.00 |
| RiCl | | | | | | |

This financial information was given to the inmate prior to it being filed; the Information may have been changed after certification and before filing.

Date sent  Initials 

Page: 3/5   A747277   W●● D●●●●●●   RiCl   09/02/2022

| Date | Description | Agency | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|
| 08/05/2022 RiCl | $18.00 State Pay | State Pay | $18.30 | ($991.00) | $0.00 |
| 08/09/2022 RiCl | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $13.80 | ($991.00) | $0.00 |
| 08/09/2022 RiCl | ($3.36) Postage Charges (USPS) | COURT OF COMMON PLEAS | $10.44 | ($991.00) | $0.00 |
| 08/15/2022 RiCl | ($2.16) Postage Charges (USPS) | US BANKRUPTCY COURT | $8.28 | ($991.00) | $0.00 |
| 08/16/2022 RiCl | ($2.40) Postage Charges (USPS) | OH COURT OF CLAIMS | $5.88 | ($991.00) | $0.00 |
| 08/16/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $5.67 | ($991.00) | $0.00 |
| 08/18/2022 RiCl | ($2.16) Postage Charges (USPS) | COURT OF COMMON PLEAS | $3.51 | ($991.00) | $0.00 |
| 08/22/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $3.30 | ($991.00) | $0.00 |
| 08/22/2022 RiCl | ($0.45) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.85 | ($991.00) | $0.00 |
| 08/23/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.64 | ($991.00) | $0.00 |
| 08/29/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.43 | ($991.00) | $0.00 |
| 08/29/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.22 | ($991.00) | $0.00 |
| 08/31/2022 RiCl | ($0.21) Postage Charges (USPS) | COMMON PLEAS COURT | $2.01 | ($991.00) | $0.00 |
| 09/01/2022 RiCl | $13.05 Reservation to Pos Exemption | Odrc Pos Exemption | $2.01 | ($991.00) | $0.00 |
| 09/01/2022 RiCl | $9.94 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $2.01 | ($991.00) | $0.00 |

Outstanding Debts:

| Start Date | Description | Case | Agency | Date sent | County | Initials | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|---|---|

*This final ciał inforłiżałion addśtigiwal to the inmate prior being filed; the information may have been changed after certification and before filing.*

Page: 4/5   A747277   W█████ D█████   RiCl   09/02/2022

| Date | Type | Case | Agency | | Amount | | |
|---|---|---|---|---|---|---|---|
| 12/30/2018 | Court Costs | CR 2018 0306 | ALLEN COUNTY CLERK OF COURTS | | ($885.00) | $0.00 | ($885.00) |
| 12/29/2019 | Court Costs | 18 AP 780 | Franklin County Clerk of Courts | | ($55.00) | $0.00 | ($55.00) |
| 12/29/2019 | Court Costs | 19 AP 394 | Franklin County Clerk of Courts | | ($51.00) | $0.00 | ($51.00) |
| | | **Total Outstanding Case Balances** | | | **($991.00)** | | |

Outstanding Holds:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| 02/07/2019 | Child and Spousal Support | 7002893647 | CHILD SUPPORT PAYMENT CENTRAL | Allen | | $49.00 | |
| 02/07/2019 | Child and Spousal Support | 7002893670 | CHILD SUPPORT PAYMENT CENTRAL | Allen | | $144.50 | |
| | | **Total Outstanding Case Holds** | | | **$0.00** | | |

Outstanding Investments / EPC:

| Investment Type | Investment Type Description | Invest Company | Company Description | Balance |
|---|---|---|---|---|

This financial information was given to the inmate prior to it being filed; the information may have been changed after certification and before filing.

Date sent 9/2/2022   Initials D3

[REDACTED]
P.O. Box 8107
Mansfield, Ohio 44901

Inmate Correspond RICI

US POSTAGE PITNEY BOWES
ZIP 44903 $ 005.20
02 4W
0000374810 SEP 15 2022

FILED
SEP 27 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. DIST.

U.S. District Court
844 N. King Street Unit 18
Wilmington, Delaware
19801-3570