U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED SEP 27 2022 U.S. DISTRICT COURT DISTRICT OF DELAWARE

D.M.
   APPELLANT     CASE NO. 1:22-CV-01121

V.

BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC
   APPELLEE

NOTICE OF CHANGE OF ADDRESS

EFFECTIVE THIS DATE 11-3-22, MY ADDRESS WILL CHANGE TO:

NAME — D[redacted] M[redacted]

ADDRESS — 516 N. CABLE RD. APT. 103
LIMA, OHIO 45801

PHONE # [redacted]

(1) I CERTIFY THAT I AM SENDING A COPY OF THIS INSTRUMENT TO ALL PARTIES

[signature redacted]
9-14-22

[sender name redacted]
P.O. Box 8107
MANSFIELD, Ohio 44901

Inmate Correspond RICI

US POSTAGE iMi PITNEY BOWES
ZIP 44903 $ 004.05
02 4W
0000374810 SEP. 19 2022

U.S. M.S. X-RAY-E

FILED
SEP 27 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
844 N. KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570