IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC
DEBTOR

CASE NO. 1:22-CV-01121

D.W.,
APPELLANT

V.

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

MOTION FOR CONTINUANCE
OF 14 DAYS TO FILE INFORMAIS PAUPARIS
OR AFFIDAVIT OF INDIGENCY FORM

Now comes APPELLANT D.W., RESPECTFULLY REQUEST A 14 DAY CONTINUANCE TO FILE AFFIDAVIT OF INDIGENCY DUE TO FINANCE POSTAGE AND MAILING INSTITUTIONAL PROBLEMS

RESPECTFULLY SUBMITTED

D█████ █████ #███-███
P.O. BOX 8107
MANSFIELD, OHIO 44901

CERTIFICATE OF SERVICE
I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 9-28-22 UPON DEREK C. ABBOTT AT 1201 NORTH MARKET ST, 16TH FL. WILMINGTON, DE 19899-1347

D█████ █████
PRO SE
CLAIMANT #114-458

[sender name redacted] #747-277
P.O. Box 8107
Mansfield, Ohio 44901

FILED
OCT 03 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Unit 18
Wilmington, Delaware
19801-3570