AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_D. W._
Plaintiff/Petitioner  APPELLANT

v.

_BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC_
Defendant/Respondent  APPELLEE

22-CV-01121

Civil Action No. 20-10343(LSS)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Richland Correctional__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are:  $ __18.00__, and my take-home pay or wages are:  $ __14.00__ per
(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment        ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends                 ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments          ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments         ☐ Yes    ☒ No
(e) Gifts, or inheritances                                ☐ Yes    ☒ No
(f) Any other sources                                     ☐ Yes    ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.



FILED
OCT 21 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ __0__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: __0   NONE__

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: __NONE__

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: __MY KID'S ARE OVER 18   I OWE 15 THOUSAND IN CHILD SUPPORT__

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: __CHILD SUPPORT OWE 15,000 FIFTEEN THOUSAND DOLLARS__

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __9-19-22__           _____
                                              *Applicant's signature*

                                              _____
                                              *Printed name*

[Sender name redacted]
P.O. BOX 8107
MANSFIELD, OHIO 44901

Inmate Correspond RICI

U.S. X-RAY'd

UNITED STATES DISTRICT COURT
844 N. KING STREET, UNIT 18
WILMINGTON, DELAWARE
19801-3570

FILED
OCT 21 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE