# Ohio Department of Rehabilitation and Correction

**SECTION I - To be completed by cashier prior to this form being presented
to the inmate for completion of  SECTION II - Affidavit of Indigency.**

I, _Cahlah Swank_ , cashier at the _Richland Correctional._

certify that the following is a true and accurate reflection of the status of the account maintained at this institu-

tion for the benefit of:

| Inmate Name: ██████ W ███ | Inmate Number: 747277 |
|---|---|

| | | |
|---|---|---|
| Account Balance as of ___9/16/2022___ : | $ | 6.32 |
| Total state pay credited for the preceding six months; | $ | 84.00 |
| Average monthly state pay for the preceding six months; | $ | 14.00 |
| Total funds received from all sources, excluding state pay, for the preceding six months; | $ | 18.00 |

| Signature of Cashier: _C Swank_ | Date: 9/16/2022 |
|---|---|

# AFFIDAVIT OF INDIGENCY

**SECTION II - To be completed by inmate after cashier's statement is completed.**

I, _Tammy Risinger_ , being first duly sworn, says that he/she does not have sufficient funds to

pay the filing fee and other costs of prosecuting this complaint against the State of Ohio, Department of

Rehabilitation and Correction, in the Court of Claims of Ohio and submits the cashier's statement (Section I) in

support of said allegation of indigency.

I hereby represent that the Information set forth in the cashier's statement concerning my financial condition is

true and complete to the best of my knowledge and belief.

| Inmate Name: ████ & W██ | Inmate Number 747-277 |
|---|---|

Sworn to and subscribed to me in my presence this _26_ day of _September_, _2022_.

Notary Public: _[signature]_

DRC 2257 (Rev 8/97)

ACA 4262, 4324

09/16/2022

**Richland Correctional Institution**

**Inmate Demand Statement**

Inmate Name:  W▮▮▮▮ D▮▮▮▮▮                                            Number: A747277

Lock Location:  RiCl,H5,D,,,0010

Date Range: 03/01/2022   Through          09/17/2022

Beginning Account Balances:                                  Ending Account Balances:

| | Saving | Debt | Payable | | Saving | Debt | Payable |
|---|---|---|---|---|---|---|---|
| Court Costs | $0.00 | ($991.00) | $0.00 | Court Costs | $0.00 | ($991.00) | $0.00 |
| AR5120 - Exe | $2.35 | $0.00 | $0.00 | AR5120 - Exemptio | $0.51 | $0.00 | $0.00 |
| Pos Exemption | $12.44 | $0.00 | $0.00 | Pos Exemption | $5.81 | $0.00 | $0.00 |
| **Begin Totals** | **$14.79** | **($991.00)** | **$0.00** | **End Totals** | **$6.32** | **($991.00)** | **$0.00** |

| Transaction Date / Inst. | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 03/01/2022 NCCC | | $2.56 Reservation to Pos Exemption | Odrc Pos Exemption | $14.79 | ($991.00) | $0.00 |
| 03/01/2022 NCCC | | $7.65 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $14.79 | ($991.00) | $0.00 |
| 03/04/2022 NCCC | $12.00 | State Pay | State Pay | $26.79 | ($991.00) | $0.00 |
| 03/04/2022 NCCC | ($3.00) | Payment to CHILD SUPPORT PAYMENT CENTRAL | February, 2022 - child support | $23.79 | ($991.00) | $0.00 |
| 03/10/2022 NCCC | ($2.81) | Commissary Sale | Ticket Number 549463 | $20.98 | ($991.00) | $0.00 |
| 03/22/2022 NCCC | ($8.50) | Postage Charges (USPS) | franklin county common pleas court | $12.48 | ($991.00) | $0.00 |
| 03/31/2022 NCCC | ($3.05) | Postage Charges (USPS) | court of common pleas | $9.43 | ($991.00) | $0.00 |
| 03/31/2022 NCCC | ($6.00) | Postage Charges (USPS) | court of common pleas | $3.43 | ($991.00) | $0.00 |
| 04/01/2022 NCCC | | $14.36 Reservation to Pos Exemption | Odrc Pos Exemption | $3.43 | ($991.00) | $0.00 |
| 04/01/2022 NCCC | | $7.21 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $3.43 | ($991.00) | $0.00 |
| 04/04/2022 NCCC | ($2.68) | Commissary Sale | Ticket Number 553278 | $0.75 | ($991.00) | $0.00 |



| Date / Facility | Amount / Description | Description | | | |
|---|---|---|---|---|---|
| 04/08/2022 NCCC | $12.00 State Pay | State Pay | $12.75 | ($991.00) | $0.00 |
| 04/09/2022 NCCC | ($3.00) Payment to CHILD SUPPORT PAYMENT CENTRAL | March, 2022 - child support | $9.75 | ($991.00) | $0.00 |
| 04/12/2022 NCCC | ($3.36) Postage Charges (USPS) | court of common pleas | $6.39 | ($991.00) | $0.00 |
| 04/25/2022 NCCC | ($6.29) Commissary Sale | Ticket Number 555984 | $0.10 | ($991.00) | $0.00 |
| 05/01/2022 RiCI | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.10 | ($991.00) | $0.00 |
| 05/01/2022 RiCI | $9.90 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $0.10 | ($991.00) | $0.00 |
| 05/06/2022 RiCI | $18.00 State Pay Advanced | NCCC Advance State Pay | $18.10 | ($991.00) | $0.00 |
| 05/09/2022 RiCI | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $13.60 | ($991.00) | $0.00 |
| 05/19/2022 RiCI | ($13.43) Commissary Sale | Ticket Number 627831 | $0.17 | ($991.00) | $0.00 |
| 06/01/2022 RiCI | $14.93 Reservation to Pos Exemption | Odrc Pos Exemption | $0.17 | ($991.00) | $0.00 |
| 06/01/2022 RiCI | $9.90 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $0.17 | ($991.00) | $0.00 |
| 06/03/2022 RiCI | $18.00 State Pay | State Pay | $18.17 | ($991.00) | $0.00 |
| 06/03/2022 RiCI | ($2.20) Commissary Sale | Ticket Number 629109 | $15.97 | ($991.00) | $0.00 |
| 06/07/2022 RiCI | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $11.47 | ($991.00) | $0.00 |
| 06/08/2022 RiCI | ($2.96) Postage Charges (USPS) | COURT OF COMMON PLEAS | $8.51 | ($991.00) | $0.00 |
| 06/23/2022 RiCI | ($0.70) Pos Exemption | COPIES HOLD | $7.81 | ($991.00) | $0.00 |
| 06/23/2022 | $0.70 Miscellaneous Holds | COPIES HOLD | $8.51 | ($991.00) | $0.00 |

RiCI

| | | | | | |
|---|---|---|---|---|---|
| 06/24/2022 | ($1.96) Postage Charges (USPS) | SUPREME CRT OH | $6.55 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/01/2022 | $9.25 Reservation to Pos Exemption | Odrc Pos Exemption | $6.55 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/01/2022 | $9.90 Reservation to AR5120. - Exemption | AR5120 Additional Exemption | $6.55 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/01/2022 | ($0.55) Postage Charges (USPS) | COMN PLS CRT | $6.00 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/01/2022 | ($0.35) Postage Charges (USPS) | CMN PLS CRT | $5.65 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/01/2022 | ($1.76) Postage Charges (USPS) | CMN PLS CRT | $3.89 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/05/2022 | ($0.70) Copy Charges | COPIES | $3.19 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/08/2022 | $18.00 State Pay | State Pay | $21.19 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/12/2022 | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $16.69 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/12/2022 | ($9.25) Postage Charges (USPS) | CLERK OF COURTS | $7.44 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/13/2022 | ($1.68) Postage Charges (USPS) | COURT OF COMMON PLEAS | $5.76 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/25/2022 | ($2.64) Postage Charges (USPS) | COURT OF COMMON PLEAS | $3.12 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 07/26/2022 | ($2.16) Postage Charges (USPS) | SUPREME COURT | $0.96 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 08/01/2022 | $14.55 Reservation to Pos Exemption | Odrc Pos Exemption | $0.96 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 08/01/2022 | $9.49 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $0.96 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 08/01/2022 | ($0.21) Postage Charges (USPS) | CMN PLS COURT | $0.75 | ($991.00) | $0.00 |
| RiCI | | | | | |
| 08/02/2022 | ($0.45) Postage Charges (USPS) | COMMON PLEAS COURT | $0.30 | ($991.00) | $0.00 |
| RiCI | | | | | |

| Date | Amount / Description | Payee | | | |
|---|---|---|---|---|---|
| 08/05/2022 RiCl | $18.00 State Pay | State Pay | $18.30 | ($991.00) | $0.00 |
| 08/09/2022 RiCl | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $13.80 | ($991.00) | $0.00 |
| 08/09/2022 RiCl | ($3.36) Postage Charges (USPS) | COURT OF COMMON PLEAS | $10.44 | ($991.00) | $0.00 |
| 08/15/2022 RiCl | ($2.16) Postage Charges (USPS) | US BANKRUPTCY COURT | $8.28 | ($991.00) | $0.00 |
| 08/16/2022 RiCl | ($2.40) Postage Charges (USPS) | OH COURT OF CLAIMS | $5.88 | ($991.00) | $0.00 |
| 08/16/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $5.67 | ($991.00) | $0.00 |
| 08/18/2022 RiCl | ($2.16) Postage Charges (USPS) | COURT OF COMMON PLEAS | $3.51 | ($991.00) | $0.00 |
| 08/22/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $3.30 | ($991.00) | $0.00 |
| 08/22/2022 RiCl | ($0.45) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.85 | ($991.00) | $0.00 |
| 08/23/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.64 | ($991.00) | $0.00 |
| 08/29/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.43 | ($991.00) | $0.00 |
| 08/29/2022 RiCl | ($0.21) Postage Charges (USPS) | COURT OF COMMON PLEAS | $2.22 | ($991.00) | $0.00 |
| 08/31/2022 RiCl | ($0.21) Postage Charges (USPS) | COMMON PLEAS COURT | $2.01 | ($991.00) | $0.00 |
| 09/01/2022 RiCl | $13.05 Reservation to Pos Exemption | Odrc Pos Exemption | $2.01 | ($991.00) | $0.00 |
| 09/01/2022 RiCl | $9.94 Reservation to AR5120 - Exemption | AR5120 Additional Exemption | $2.01 | ($991.00) | $0.00 |
| 09/07/2022 RiCl | ($0.21) Postage Charges (USPS) | US TRUSTEE | $1.80 | ($991.00) | $0.00 |
| 09/07/2022 | ($0.45) Postage Charges (USPS) | US BANKRUPTCY COURT | $1.35 | ($991.00) | $0.00 |

Page: 4/5    A747277    VD                    RiCl    09/16/2022

RiCl

| 09/08/2022 | ($0.21) Postage Charges (USPS) | COMMON PLEAS COURT | $1.14 | ($991.00) | $0.00 |

RiCl

| 09/09/2022 | $18.00 State Pay | State Pay | $19.14 | ($991.00) | $0.00 |

RiCl

| 09/12/2022 | ($3.12) Postage Charges (USPS) | US DIST COURT | $16.02 | ($991.00) | $0.00 |

RiCl

| 09/13/2022 | ($4.50) Payment to CHILD SUPPORT PAYMENT CENTRAL | CHILD SUPPORT PAYMENTS | $11.52 | ($991.00) | $0.00 |

RiCl

| 09/15/2022 | ($5.20) Postage Charges (USPS) | US DIST COURT | $6.32 | ($991.00) | $0.00 |

RiCl

Outstanding Debts:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| 12/30/2018 | Court Costs | CR 2018 0306 | ALLEN COUNTY CLERK OF COURTS | | ($885.00) | $0.00 | ($885.00) |
| 12/29/2019 | Court Costs | 18 AP 780 | Franklin County Clerk of Courts | | ($55.00) | $0.00 | ($55.00) |
| 12/29/2019 | Court Costs | 19 AP 394 | Franklin County Clerk of Courts | | ($51.00) | $0.00 | ($51.00) |
| | **Total Outstanding Case Balances** | | | **($991.00)** | | | |

Outstanding Holds:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| 02/07/2019 | Child and Spousal Support | 7002893647 | CHILD SUPPORT PAYMENT CENTRAL | Allen | | $51.25 | |
| 02/07/2019 | Child and Spousal Support | 7002893670 | CHILD SUPPORT PAYMENT CENTRAL | Allen | | $146.75 | |
| | **Total Outstanding Case Holds** | | | **$0.00** | | | |

Outstanding Investments / EPC:

| Investment Type | Investment Type Description | Invest Company | Company Description | | Balance |
|---|---|---|---|---|---|
| | | | | | |

| Description | Beginning | Ending | Amount |
|---|---|---|---|
| Resident Id: a747277 | | | |
| Last Name: W | | | |
| First Name: D | | | |
| Middle Name: | | | |
| | | | |
| Total Deposits | 3/17/2022 12:00:00 AM | 9/17/2022 12:00:00 AM | $102.00 |
| Average Monthly Deposits | 3/17/2022 12:00:00 AM | 9/17/2022 12:00:00 AM | $17.00 |
| | | | |
| Total 1st Day Balances | 3/17/2022 12:00:00 AM | 9/17/2022 12:00:00 AM | $12.52 |
| Average 1st Day Balances | 3/17/2022 12:00:00 AM | 9/17/2022 12:00:00 AM | $2.09 |
| | | | |
| Balance as of | | 9/17/2022 12:00:00 AM | $6.32 |
| Current Balance | | 9/17/2022 12:00:00 AM | $6.32 |
| | | | |
| FFF Initial Payment as of | | 9/17/2022 12:00:00 AM | $3.40 |
| | | | |
| Total Pay (State, OPI, Commis | 3/17/2022 12:00:00 AM | 9/17/2022 12:00:00 AM | $84.00 |
| Average Total Pay Monthly De | 3/17/2022 12:00:00 AM | 9/17/2022 12:00:00 AM | $14.00 |
| Total Commissary Expenditure | 3/17/2022 12:00:00 AM | 9/17/2022 12:00:00 AM | $24.60 |

I certify this document is a tru
of the inmate's financial record

Signature:

Cahlah S. Swank
Richland Correctional Institutio
1001 Olivesburg Road
P.O. Box 8107
Mansfield OH 44905

D▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

P.O. BOX 8107

MANSFIELD, OHIO 44901

Inmate
Correspond
RICI

U.S. X-RAY!

FOREVER USA

ZIP 44903
02 4M
00003748   OCT 17 2022
$000.21⁰

Barn Swallow

FILED

MDB

OCT 21 2022

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT

844 N. KING STREET, UNIT 18

WILMINGTON, DELAWARE

19801-3570

19801$3570 C012